Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Mattie L White | **Case Number:** | 12-13325-JDW |
| | | **Chapter 13** | |
| **Trustee:** | Terre M. Vardaman | **Judge:** | Jason D. Woodard |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 07/07/2016

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC  As Serviced by Specialized Loan Servicing LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx4336 |

### Statement in Response as of: 07/21/2016

**1.    Pre-Petition Arrears - Court claim no. (if known): 5-1   (Docket Entry #44)**

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the Trustee's cure notice.

If Creditor disagrees:
    Amount of pre-petition arrears due at filing:
    Amount received from the Chapter 13 Trustee

    Pre-Petition arrears remaining due:

**2.    Post-Petition Amounts**

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this Response.

If Creditor disagrees:
    Post-petition amounts remaining due:

**3.    Sign Here**

| | | | |
|---|---|---|---|
| Print Name: | Craig A. Edelman | | |
| Title: | Authorized Agent for Specialized Loan Servicing LLC | | |
| Company: | Buckley Madole, P.C. | /s/ Craig A. Edelman | |
| | | Signature | |

Address and telephone number:

07/26/2016
Date

    P. O. Box 9013
    Addison, TX 75001

Telephone:  ((972) 643-6600         Email:        POCInquiries@buckleymadole.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on July 27, 2016.

**Debtor**  *Via U.S. Mail*
Mattie L White
1301 Van Buren Ave
Tupelo, Mississippi 38801-5721

**Debtors' Attorney**
Denvil F Crowe
Attorney at Law
PO Box 1158
Tupelo, Mississippi  38802-1158

**Chapter 13 Trustee**
Terre M. Vardaman
P. O. Box 1326
Brandon, Mississippi 39043

**US Trustee**
U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, Mississippi  39201

Respectfully Submitted,

/s/  Craig A. Edelman